UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAEKWON S. CARTER-WALLACE,<br><br>Defendant. | CASE NO.<br><br><br>PETITION FOR WRIT OF HABEAS<br>CORPUS AD PROSEQUENDUM |

TO:   HONORABLE PHILLIP J. GREEN
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF MICHIGAN

Now comes Davin M. Reust, Assistant United States Attorney for the Western District of Michigan, and attorney for the plaintiff, and brings this Petition for Writ of Habeas Corpus Ad Prosequendum, and in support thereof respectfully states unto this Honorable Court as follows:

1.      That on or about July 14, 2021, an Indictment was returned against defendant charging him with conspiracy to commit robbery in violation of Title 18, United States Code, Section 1591; and robbery in violation of Title 18, United States Code, Section 1951.

2.      That the defendant is presently incarcerated at the Berrien County Jail,

and that he cannot be produced and appear before this Court for a hearing on July 19,

2021, without an order of this Court.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad

Prosequendum may issue out of the Court directed to the Sheriff, Berrien County Jail,

and to each and all of his assistants, to surrender the said defendant to the United

States Marshal for the Western District of Michigan, or his deputies, or any federal

agent for transportation to Grand Rapids, Michigan, and further directing the United

States Marshal for the Western District of Michigan, and his deputies, to have the said

defendant before this Court at Grand Rapids, Michigan, and at such other times and

dates as the Court may decree, on July 19, 2021, and after the conclusion of this case

that said defendant be returned to the Sheriff, Berrien County Jail.

ANDREW BYERLY BIRGE
United States Attorney

_____

DAVIN M. REUST
Assistant United States Attorney

### ORDER

Let a Writ of Habeas Corpus Ad Prosequendum issue as prayed for in the
foregoing petition, returnable July 19, 2021, for an initial appearance before a United
States Magistrate Judge in Grand Rapids, Michigan.

Dated: ___7/14/21___          _____

PHILLIP J. GREEN
United States Magistrate Judge