UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                No. 1:21-cr-126

v.                                              Hon. Hala Y. Jarbou,
                                                  United States District Judge

RAEKWON CARTER-WALLACE

        Defendant.

_____/

**ORDER**

    The parties filed a stipulation, agreeing to reschedule the change of plea hearing, currently scheduled for November 18, 2021.

    IT IS ORDERED that the parties' stipulation to reschedule is GRANTED.

The change of plea hearing is rescheduled to November 12, 2021, at 12:00 p.m.

Date: November 3, 2021                /s/ Hala Y. Jarbou
                                              HON. HALA Y. JARBOU
                                              United States District Judge