# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. RAEKOWN S. CARTER-WALLACE | | | **DISTRICT JUDGE:** Hala Y. Jarbou | |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:21-cr-126 | 11/10/2021 | 4:05 p.m. – 4:21 p.m. | Lansing | N/A |

### APPEARANCES

| Government: Davin Reust | Defendant: Michael Robert Bartish | Counsel Designation: CJA Appointment |
|---|---|---|

### TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA

**TYPE OF HEARING**
- ☐ Arraignment:
  - ___ mute  ___ nolo contendre
  - ___ not guilty  ___ guilty
- ☐ Final Pretrial Conference
- ☐ Detention   (waived ___)
- ☐ Motion Hearing
- ☐ Revocation/SRV/PV
- ☐ Bond Violation
- ☒ Change of Plea
- ☐ Sentencing
- ☐ Trial
- ☐ Other: _____

**DOCUMENTS**
- ☐ Defendant's Rights
- ☐ Waiver of Indictment
- ☐ Other: _____

Court to Issue:
- ☐ Order of Detention
- ☒ Notice of Sentencing
- ☐ Order Appointing Counsel
- ☐ Other: _____

**CHANGE OF PLEA**
Charging Document:
- ☒ Read   ☐ Reading Waived

Guilty Plea to Count(s) 1 and 2
of the Indictment

Count(s) to be dismissed at sentencing:
 none

- ☒ Presentence Report Ordered
- ☐ Presentence Report Waived
- ☒ Plea Accepted by the Court
- ☐ Plea Taken under Advisement
- ☒ No Written Plea Agreement

### SENTENCING

Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____

Plea Agreement Accepted: ☐ Yes ☐ No
Defendant informed of right to appeal: ☐ Yes ☐ No
Counsel informed of obligation to file appeal: ☐ Yes ☐ No
Conviction Information:
  Date: _____
  By: _____
  As to Count (s): _____

**ADDITIONAL INFORMATION:**
Change of plea hearing held on the record.  Sentencing is scheduled for March 1, 2022, at 11:00 a.m.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detention Continued | $ |

**CASE TO BE:** Set for Hearing   **TYPE OF HEARING:** Sentencing

**Reporter/Recorder:** Genevieve Hamlin   **Case Manager:** J. Puzzuoli